UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| KAREN SUE BENTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:24-CV-16-HAI |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date, it is **HEREBY ORDERED** and **ADJUDGED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is entered in the Commissioner's favor with respect to all issues.

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This the 5th day of February, 2025.



Signed By:
Hanly A. Ingram
United States Magistrate Judge